# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150857(53)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

YUMAR ANTONIO BURKS,
　　　　　Defendant-Appellant.
_____/

SC: 150857
COA: 314579
Ingham CC: 11-000565-FC

　　　　On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief on appeal is GRANTED. The supplemental brief submitted on August 3, 2015, is accepted for filing.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2015



Clerk